IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. __14 - CV - 02997__
(To be supplied by the court)

__ALAN R. STORY__,
Plaintiff,

v.

__City of Fruita -ET-AL__
Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 0 5 2014

JEFFREY P. COLWELL
CLERK

## TITLE VII COMPLAINT

### PARTIES

1. Plaintiff __ALAN R. STORY__ is a citizen of __UNITED STATES__ who presently resides at the following address: __1831 L. RD. FRUITA, CO. 81521__

2. Defendant __City of Fruita__ lives at or is located at the following address: __325 East Aspen Ave. FRUITA, CO. 81521__

Attach a separate page, if necessary, to list additional parties.

### JURISDICTION

3. Jurisdiction is asserted pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-5.

4. Defendant is an employer within the meaning of Title VII.

5. The alleged unlawful employment practices took place at the following location:

_____

6. Jurisdiction also is asserted pursuant to the following statutory authority:

_____

(Rev. 07/06)

(ATTACHMENT TO FORM AO 398)

CITY OF FRUITA ET AL          OFFICER LENTZ
                              OFFICER YOUNG
                              CODE ENFORCEMENT
                              MARK ANGELO
                              DANANGLO ROUGH
                              SUSAN CARTER

## Charges

CITY OF FRUITA ON A VIOLATION OF THE FOURTH AMENDMENT OF THE U.S. CONSTITUTION (OFFICER YOUNG CAME ON MY PROPERTY LOOKING FOR A DOG AND WHEN SARA MARTINEZ ANSWERED THE KITCHEN DOOR HE HAD HIS PISTOL AND FLASHLIGHT POINTED AT SARA'S HEAD)

OFFICER LENTZ

FALSE ARREST FOR A SAFETY CHAIN VIOLATION OF WHICH I HAD A RECEIPT FOR THE FINE.

OFFICER YOUNG

EXCESSIVE USE OF DEADLY FORCE BY POINTING A GUN AT SARA MARTINEZ'S FOREHEAD WHEN THE REASON FOR HIM BEING ON MY PROPERTY WAS THAT HE WAS LOOKING FOR A DOG.

CODE ENFORCEMENT

MARK ANGELO, DANNAGH ROUGH, SUSAN CARTER FOR DISCRIMINATION AND HARRASSMENT.

# Defendants

1. CITY OF FRUTA
2. OFFICER YOUNG        FRUITA POLICE
3. OFFICER LENTZ        FRUITA POLICE
4. MARK ANGELO          CODE ENFORCEMENT
5. DONNA ROUGH          PLANNING DEPARTMENT
6. SUSAN CARTER         CODE ENFORCEMENT

Page 1.

**ADMINISTRATIVE PROCEDURES**

7.  Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission or other appropriate administrative agency on _____ (date) regarding the alleged discriminatory conduct by Defendant(s).

8.  Plaintiff received from the Equal Employment Opportunity Commission or other appropriate administrative agency a Notice of Right to Sue the Defendant(s) on _____ (date). (Please attach to the complaint a copy of the Notice of Right to Sue.)

**NATURE OF THE CASE**

9.  Defendant has discriminated against Plaintiff because of the following: (please check all that apply)

    ____ Race         ____ Color          ____ Religion

    ____ Sex          ____ National Origin    (Harassment and Discrimination)

    ____ Other (please specify) __Vietnam Veteran__

10. Defendant has discriminated against Plaintiff because of the following: (please check all that apply)

    ____ Failure to hire

    ____ Failure to promote

    ____ Demotion/discharge from employment

    ____ Other (please specify) I Have the Same Code Violations as the property three house east of me. They have not said a word to Don Garner that owns this property. He is not a veteran. Their is terrific resentment from some people towards Vietnam Veterans in the city of Fruita. One Business put a permanent Restraining Order of 150 ft on me, in all directions because I am a Vietnam Veteran. I have the court transcript of this Restraining Order case.

Page 2

(Rev. 07/06)

# FIRST CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages. Alternatively, you may attach to the complaint a copy of the charge of discrimination you submitted to the Equal Employment Opportunity Commission.)

1. On or about June 10, Officer Lentz of the Fruita PD arrested me for non payment of a fine for a safety chain violation. He told me he pulled me over because he couldn't see all of my rear liscence plate. The only thing covered up was the masonic symble. All of the lettering and the year and month was visible. I paid the fine at approximetly 3PM on that Friday but State Farm insurance put my VIN # for my Prius on the truck registration that I was driving. This couldn't be entered into the computor until the following Monday. I got a receipt for payment of the fine from the Grand Junction Municipal Court Secretary. Officer Lentz pulled me over the next Saturday morning and I showed him the receipt but he didn't care and I spent 6 hrs in the Mesa County Jail, until I could get bonded out.



2. OFFICER YOUNG CAME ON MY PROPERTY ON OR AROUND THE MONTH OF JULY AND HE WAS LOOKING FOR A DOG THAT A HOMELESS GIRL WAS IN POSSESSION OF. THE FAMILY HAD LOST THEIR HOUSE AND THIS GIRL AND HER BROTHER STAYED WITH ME. FOR ABOUT A YEAR. THEY BOTH FOUND ANOTHER PLACE TO STAY. IT WAS REPORTED TO ME THAT THIS GIRL WASN'T TAKING CARE OF THE DOG AND SOMEONE ~~S~~ BROUGHT THE DOG TO ME. SHE WANTED THE DOG BACK AND I TOLD HER SHE COULDN'T HAVE THE DOG BACK UNTIL SHE COULD PROVE THE DOG WAS BEING TAKEN CARE OF. THE GIRL CALLED THE FRUTA P.D. OFFICER YOUNG CAME OUT TO MY PROPERTY AROUND 9:30 P.M. I KNEW HE WAS COMING AND LOCKED MYSELF IN THE SHOP. THE HOUSE AND SHOP WAS DARK AND I COULD SEE HIM COMING THROUGH A HOLE IN THE DOOR. HE HAD HIS GUN DRAWN AND HIS FLASHLIGHT ON. HE KNOCK ON THE SHOP DOOR AND SAID "I KNOW YOUR IN THERE, COME OUT." OFFICER LENTZ AND OFFICER YOUNG HAD KILLED A GUY IN ~~ST~~ SOUTH FRUITA FOR NOT TURNING HIS TURN SIGNAL ON AND I KNEW HE WOULD KILL ME. HE THEN WENT TO MY KITCHEN DOOR AND KNOCKED ON THE DOOR. SARA MARTINEZ ANSWERED THE DOOR AND OFFICER YOUNG HAD HIS GUN AND FLASHLIGHT POINTED AT HER HEAD. SARA AND HER HUSBAND WERE HOMELESS AND STAY WITH ME

Page 4

3. MARK ANGELO - CODE ENFORCEMENT OFFICER Repeatably came on my property stating code violations of tires with wheels, firewood that wasn't neatly stacked and even said he had made arrangements to have a salvage yard come out and get 3 cars a have them crushed including my classic Mustang Convertable.

4. DONNA RAUGH accompanied MARK ANGELO and was in agreement of my violations

5. SUSAN CART acomanied MARG ANGELO and was also in agreement of my code violations.

(FROM WHAT THEY TOLD ME, as of TODAYS DATE I have approximately 1 MILLION, TWO HUNDRED THOUSAND DOLLARS OF FINES)

Page 5

## REQUEST FOR RELIEF

Plaintiff requests the following relief:

For the city of Fruita to quit harrassing me and discriminating against me and follow the Fourth amendment of the U.S. Constitution that says they have to have a warrant to come on my property with probable cause for the warrant. Everyone that knows me knows that I wouldn't harm a fly and never has in my entire life.

Date: October 20, 2014

(Plaintiff's Original Signature)

1831 L. Rd
(Street Address)

Fruita, CO 81521
(City, State, ZIP)

970-216-4481 (Cell)
(Telephone Number)

JS 44 (Rev. 12/11) District of Colorado Form

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
ALAN R. STORY

**(b)** County of Residence of First Listed Plaintiff: Mesa
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Representing my self

## DEFENDANTS

County of Residence of First Listed Defendant: Mesa
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
~~Ridway~~ I thing it is a Mr. Sands that lives in Rifle, Co.

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

[X] 1 U.S. Government Plaintiff
[ ] 2 U.S. Government Defendant
[ ] 3 Federal Question (U.S. Government Not a Party)
[ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|   | PTF | DEF |   | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
[ ] 110 Insurance
[ ] 120 Marine
[ ] 130 Miller Act
[ ] 140 Negotiable Instrument
[ ] 150 Recovery of Overpayment & Enforcement of Judgment
[ ] 151 Medicare Act
[ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans)
[ ] 153 Recovery of Overpayment of Veteran's Benefits
[ ] 160 Stockholders' Suits
[ ] 190 Other Contract
[ ] 195 Contract Product Liability
[ ] 196 Franchise

**TORTS - PERSONAL INJURY**
[ ] 310 Airplane
[ ] 315 Airplane Product Liability
[ ] 320 Assault, Libel & Slander
[ ] 330 Federal Employers' Liability
[ ] 340 Marine
[ ] 345 Marine Product Liability
[ ] 350 Motor Vehicle
[ ] 355 Motor Vehicle Product Liability
[ ] 360 Other Personal Injury
[ ] 362 Personal Injury - Med. Malpractice

**TORTS - PERSONAL INJURY**
[ ] 365 Personal Injury - Product Liability
[ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
[ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
[ ] 370 Other Fraud
[ ] 371 Truth in Lending
[ ] 380 Other Personal Property Damage
[ ] 385 Property Damage Product Liability

**REAL PROPERTY**
[ ] 210 Land Condemnation
[ ] 220 Foreclosure
[ ] 230 Rent Lease & Ejectment
[ ] 240 Torts to Land
[ ] 245 Tort Product Liability
[ ] 290 All Other Real Property

**CIVIL RIGHTS**
[X] 440 Other Civil Rights
[ ] 441 Voting
[ ] 442 Employment
[ ] 443 Housing/ Accommodations
[ ] 445 Amer. w/Disabilities Employment
[X] 446 Amer. w/Disabilities Other
[ ] 448 Education

**PRISONER PETITIONS**
Habeas Corpus:
[ ] 463 Alien Detainee
[ ] 510 Motions to Vacate Sentence
[ ] 530 General
[ ] 535 Death Penalty
Other:
[ ] 540 Mandamus & Other
[ ] 550 Civil Rights
[ ] 555 Prison Condition
[ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
[ ] 625 Drug Related Seizure of Property 21 USC 881
[ ] 690 Other

**LABOR**
[ ] 710 Fair Labor Standards Act
[ ] 720 Labor/Mgmt. Relations
[ ] 740 Railway Labor Act
[ ] 751 Family and Medical Leave Act
[ ] 790 Other Labor Litigation
[ ] 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
[ ] 462 Naturalization Application
[ ] 465 Other Immigration Actions

**BANKRUPTCY**
[ ] 422 Appeal 28 USC 158
[ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
[ ] 820 Copyrights
[ ] 830 Patent
[ ] 840 Trademark

**SOCIAL SECURITY**
[ ] 861 HIA (1395ff)
[ ] 862 Black Lung (923)
[ ] 863 DIWC/DIWW (405(g))
[ ] 864 SSID Title XVI
[ ] 865 RSI (405(g))

**TAX SUITS**
[ ] 870 Taxes (U.S. Plaintiff or Defendant)
[ ] 871 IRS - Third Party 26 USC 7609

**OTHER STATUTES**
[ ] 375 False Claims Act
[ ] 400 State Reapportionment
[ ] 410 Antitrust
[ ] 430 Banks and Banking
[ ] 450 Commerce
[ ] 460 Deportation
[X] 470 Racketeer Influenced and Corrupt Organizations
[ ] 480 Consumer Credit
[ ] 490 Cable/Sat TV
[ ] 850 Securities/Commodities/ Exchange
[X] 890 Other Statutory Actions
[ ] 891 Agricultural Acts
[ ] 893 Environmental Matters
[ ] 895 Freedom of Information Act
[ ] 896 Arbitration
[ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
[ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

[X] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from another district *(specify)*
[ ] 6 Multidistrict Litigation
[ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Violation of the Fourth amendment of the U.S. Constitution

Brief description of cause: [ ] AP Docket
Entering private property with the purpose of harrassment and discrimination

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes  [ ] No

DATE: Oct. 20, 2014
SIGNATURE OF ATTORNEY OF RECORD: Alan R. Story - Representing myself

**FOR OFFICE USE ONLY**
14-CV-02997
RECEIPT # ____  AMOUNT ____  APPLYING IFP ____  JUDGE ____  MAG. JUDGE ____