**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 14-cv-02997-CMA-KLM

ALAN R. STORY,

     Plaintiff,

v.

CITY OF FRUITA, et al.,

     Defendants.

_____

**ORDER ACCEPTING THE MAGISTRATE JUDGE'S RECOMMENDATION (DOC. # 18) AND GRANTING DEFENDANTS' MOTION TO DISMISS (DOC. # 10)**

_____

     Currently before the Court is Magistrate Judge Kristen Mix's February 4, 2016 recommendation (Doc. # 18) that the Court grant the motion to dismiss filed by the City of Fruita, Ross Young, Steven Lentz, and Susan Carter (Doc. # 10).  Magistrate Judge Mix's recommendation is incorporated herein by reference.  *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b).

     The recommendation advised the parties that specific written objections were due within 14 days after being served with a copy of the recommendation.  (Doc. # 18 at 10-11.)  Despite this advisement, no objections to Magistrate Judge Mix's recommendation were filed by any of the parties.  The Tenth Circuit has stated that "[i]n the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate."  *Summers v. State of Utah*, 927 F.2d 1165, 1167

(10th Cir. 1991).  After reviewing Magistrate Judge Mix's recommendation, the Court finds that it is neither clearly erroneous nor contrary to law.  *See* Fed. R. Civ. P. 72(a).

Therefore, it is hereby

ORDERED that the Court ACCEPTS Magistrate Judge Mix's February 4, 2016 recommendation (Doc. # 18); it is

FURTHER ORDERED that Defendants' motion to dismiss Plaintiff's complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) (Doc. # 10) is GRANTED; and it is

FURTHER ORDERED that this case is DISMISSED in its entirety.

DATED: March 10, 2016                    BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge