**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02997-CMA-KLM

ALAN R. STORY,

    Plaintiff,

v.

CITY OF FRUITA, *et al.,*

    Defendants.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Accepting the Magistrate Judge's Recommendation (Doc. #18) and Granting Defendants' Motion to Dismiss (Doc. #10) of Judge Christine M. Arguello, entered on March 10, 2016, it is

    ORDERED that the Recommendation of United States Magistrate Judge Mix is AFFIRMED and ADOPTED as an order of this Court.  Pursuant to the Recommendation, it is

    FURTHER ORDERED that Defendants' Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) is GRANTED.  It is

    FURTHER ORDERED that this case is DISMISSED in its entirety.  It is

    FURTHER ORDERED that Defendants shall have their costs by  the filing

of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1

DATED: March 11, 2016

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ V. Barnes

V. Barnes
Deputy Clerk